UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/7/2023
```

HELAYNE SEIDMAN,

                Plaintiff,

-against-

P.M.W.A. HAIR STYLIST INC., *doing business as* Paul Mole Barber Shop,

                Defendant.

22-cv-6615 (MKV)

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

      Plaintiff has filed a letter informing the Court that the parties have reached a settlement in principle [ECF No. 13]. Plaintiff also timely responded to the Court's Order To Show Cause [ECF Nos. 12, 14], and the Court concludes that sanctions are not necessary or appropriate at this time. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore is made by September 7, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*

**SO ORDERED.**

Date:  **August 7, 2023**
         **New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**